be reversed, and the judgment modified, by providing that the defendants are entitled to rebates amounting to $802.41, with interest, and the plaintiff to rebates amounting to $128.74, with interest, and that the chamberlain of the city of New York shall pay to the parties pro rata the fund of $926.39, together with accrued interest thereon, less his fees for paying out said moneys, and by striking out the provision for costs, and, as modified, affirmed, without costs on this appeal.

**CARPENTER,** Respondent, v. CARPENTER, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Florence F. Carpenter against Zopher Carpenter.

PER CURIAM. We think that the allegations at folios 31, 32, and 36 of the complaint are sufficient, in the absence of evidence of provocation or mitigation, to sustain an action for separation. The order is therefore affirmed, without costs.

**CARROLL v. SAMUEL WILDE'S SONS CO.** (Supreme Court, Appellate Term. April 8, 1911.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by John Carroll against the Samuel Wilde's Sons Company. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered. Smith & Bowman, for appellant. William J. Coen, for respondent.

BIJUR, J. The shaft of defendant's truck damaged the back of plaintiff's cab in a collision on West Twentieth street. The only question is whether the defendant ran into the plaintiff, or whether the plaintiff backed into the defendant. All the material testimony of the plaintiff is hesitant, vacillating, and exceedingly unsatisfactory. It is flatly contradicted by that of the driver of the truck, who is confirmed in every respect by a traffic officer, who came to the spot for the purpose of breaking up a blockade. The respondent claims that the testimony of the traffic officer as to the street being blocked is contradicted by the testimony of the truck driver for the defendant. This contention is baseless, as the latter testified to the crowded condition of the street; and the plaintiff himself said that the street was filled with trucks. The respondent further claims that the traffic officer testified that the accident occurred near Sixth avenue, which is directly contrary to what the traffic officer actually said. The weight of evidence is so overwhelmingly against the plaintiff that the judgment must be reversed, and a new trial ordered, with costs to appellant to abide the event. All concur.

**CASANOVA,** Respondent, v. MUSSEY, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Pedro C. Casanova against Ellen S. Mussey, impleaded with others. E. G. Benedict, for appellant. G. Ireland, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**CASTELL v. STERLING FIRE INS. CO.** (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Samuel Castell against the Sterling Fire Insurance Company. No opinion. Application granted. Order signed. See, also, 126 N. Y. Supp. 692.

**CATSKILL NAT. BANK,** Respondent, v. DUMARY, Appellant. (Supreme Court. Appellate Division, Third Department. March 23, 1911.) Action by the Catskill National Bank against Thomas Henry Dumary. No opinion. Motion denied. See, also, 126 N. Y. Supp. 1097.

**CAUCHOIS,** Appellant, v. MILLER, Respondent. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Frederic A. Cauchois against Wilber Miller. G. Hamburger, for appellant. J. F. Chace, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re **CERTAIN LAND IN BOROUGH OF BROOKLYN, CITY OF NEW YORK.** (Supreme Court, Appellate Division, Second Department. April 21, 1911.) In the matter of acquiring title by the City of New York to certain land and premises situated in the block bounded by Chauncey street, Marion street, Hopkinson avenue, and Rockaway avenue, in the borough of Brooklyn, etc. No opinion. Order of reference to Horatio C. King, Esq. See, also, 136 App. Div. 929, 120 N. Y. Supp. 1114.

**CHAMBERS,** Appellant, v. PRENDERGAST et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Albert Chambers against William A. Prendergast, as Comptroller, etc., and others. No opinion. Order affirmed, with $10 costs and disbursements, but without determining the merits of the controversy, which may be considered on appeal, if any, from the final judgment.

**CHARLES E. FRANCIS CO.,** Appellant, v. WEBB, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 14, 1911.) Action by Charles E. Francis Company against Thomas E. Webb. No opinion. Judgment and order affirmed, with costs.

**CHARLESTREAM,** Respondent, v. ALTON, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by William Charlestream against Lee T. Alton. No opinion. Judgment and order affirmed, with costs.

**CHENEY,** Superintendent of Banks, Respondent, v. SCHARMANN, Appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Action by Orion H. Cheney, as Superintendent of Banks of the State of New York, against August C. Scharmann. No